No reversible error appearing in the record, the judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the court.

## HUNTER v. STATE.
### No. 15266.

Court of Criminal Appeals of Texas.
April 27, 1932.

A. B. Geppert, of Teague, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for manufacturing intoxicating liquor; punishment being one year in the penitentiary.

450

The record contains neither statement of facts nor bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.